Certificate Number: 15322-PAW-DE-036302075

Bankruptcy Case Number: 22-70020



15322-PAW-DE-036302075

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 1, 2022, at 4:34 o'clock PM CST, Matthew H Langham completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  February 1, 2022              By:    /s/Richard Reibeling

                                      Name:  Richard Reibeling

                                      Title:  Certified Credit Counselor