Certificate Number: 15322-PAW-DE-036302076

Bankruptcy Case Number: 22-70020



15322-PAW-DE-036302076

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 1, 2022</u>, at <u>4:34</u> o'clock <u>PM CST</u>, <u>Terri Langham</u> completed a course on personal financial management given <u>by internet</u> by <u>1$ Wiser Consumer Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>February 1, 2022</u>          By:    <u>/s/Richard Reibeling</u>

Name:  <u>Richard Reibeling</u>

Title:   <u>Certified Credit Counselor</u>