# United States Bankruptcy Court
## Western District of Pennsylvania

In re: **Matthew H Langham**, **Terri Langham**, Debtor(s)

Case No. **22-70020**
Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Matthew H Langham**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, **Terri Langham**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☑ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **February 11, 2022**    Signature **/s/ Matthew H Langham**
Matthew H Langham
Debtor

Date **February 11, 2022**    Signature **/s/ Terri Langham**
Terri Langham
Joint Debtor

PENN MECHANIC 22-70020
975 Potts Road
Home PA 15747

ORG1:1 Administrative
ORG2:3 Maintenance
EE ID: 99    DD

MATTHEW H LANGHAM
126 MAIN STREET P O BOX 81
PLUMVILLE PA 16246

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Matthew H Langham
126 Main Street P O Box 81
Plumville, PA 16246
Soc Sec #: xxx-xx-xxxx    Employee ID: 99

**Home Department:** 3 Maintenance/ 1 Administrative

**Pay Period:** 12/12/21 to 12/25/21
**Check Date:** 12/31/21    **Check #:** 57322

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 491 | 1912.43 | 47805.14 |
| **NET PAY** | **1912.43** | **47805.14** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 80.00 | 22.5000 | 1800.00 | 2030.00 | 45015.00 |
| | Overtime | 32.00 | 33.7500 | 1080.00 | 884.50 | 29401.90 |
| | Holiday | 8.00 | 22.5000 | 180.00 | 56.00 | 1248.00 |
| | Vacation | | | | 40.00 | 884.00 |
| | Total Hours | 120.00 | | | 3010.50 | |
| | Gross Earnings | | | 3060.00 | | 76548.90 |
| | Total Hrs Worked | 112.00 | | | | |

| | Per Diem | | | | | 70.00 |
| | REIMB & OTHER PAYMENTS | | | | | 70.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 189.72 | 4746.03 |
| Medicare | | 44.37 | 1109.96 |
| Fed Income Tax | MWS 0 | 476.26 | 11724.97 |
| PA Income Tax | | 93.94 | 2350.04 |
| PA Unemploy | | 1.84 | 45.95 |
| PA LRAYN-Ind LS | | 2.00 | 52.00 |
| PA RAYNE-Ind In | | 41.31 | 1033.43 |
| **TOTAL** | | **849.44** | **21062.38** |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Hospitalization | 298.13 | 7751.38 |
| **TOTAL** | **298.13** | **7751.38** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1912.43 | 47805.14 |

Payrolls by Paychex, Inc.

0940 1410-0408 Penn Mechanical Group Inc • 975 Potts Road • Home PA 15747 • (724) 403-3440

**PENN MECHANICAL GROUP INC**
975 Potts Road
Home PA  15747

0940 1410-0408
ORG1:1 Administrative
ORG2:3 Maintenance
EE ID: 99          DD

NON-NEGOTIABLE

MATTHEW H LANGHAM
126 MAIN STREET P O BOX 81
PLUMVILLE PA  16246

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Matthew H Langham
126 Main Street P O Box 81
Plumville, PA  16246
Soc Sec #: xxx-xx-xxxx    Employee ID: 99

**Home Department:** 3 Maintenance/ 1 Administrative

**Pay Period:** 11/28/21 to 12/11/21
**Check Date:** 12/17/21    **Check #:** 57199

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 491 | 2071.76 | 45892.71 |
| **NET PAY** | **2071.76** | **45892.71** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 80.00 | 22.5000 | 1800.00 | 1950.00 | 43215.00 |
| | Overtime | 44.50 | 33.7500 | 1501.88 | 852.50 | 28321.90 |
| | Holiday | | | | 48.00 | 1068.00 |
| | Vacation | | | | 40.00 | 884.00 |
| | Total Hours | 124.50 | | | 2890.50 | |
| | Gross Earnings | | | 3301.88 | | 73488.90 |
| | Total Hrs Worked | 124.50 | | | | |

### REIMB & OTHER PAYMENTS

| | | | |
|---|---|---|---|
| Per Diem | | | 70.00 |
| | | | 70.00 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 204.71 | 4556.31 |
| Medicare | | 47.88 | 1065.59 |
| Fed Income Tax | MWS 0 | 529.47 | 11248.71 |
| PA Income Tax | | 101.37 | 2256.10 |
| PA Unemploy | | 1.98 | 44.11 |
| PA LRAYN-Ind LS | | 2.00 | 50.00 |
| PA RAYNE-Ind In | | 44.58 | 992.12 |
| **TOTAL** | | **931.99** | **20212.94** |

### DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Hospitalization | 298.13 | 7453.25 |
| **TOTAL** | **298.13** | **7453.25** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2071.76 | 45892.71 |

Payrolls by Paychex, Inc.

0940 1410-0408   Penn Mechanical Group Inc • 975 Potts Road • Home PA  15747 • (724) 403-3440

PENN MECHANICAL
975 Potts Road
Home PA 15747

ORG1:1 Administrative
ORG2:3 Maintenance
EE ID: 99    DD

MATTHEW H LANGHAM
126 MAIN STREET P O BOX 81
PLUMVILLE PA 16246

**NON-NEGOTIABLE**

**NON-NEGOTIABLE**

### PERSONAL AND CHECK INFORMATION
Matthew H Langham
126 Main Street P O Box 81
Plumville, PA 16246
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 99

**Home Department:** 3 Maintenance/ 1 Administrative

**Pay Period:** 11/14/21 to 11/27/21
**Check Date:** 12/03/21    **Check #:** 57072

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 491 | 1482.63 | 43820.95 |
| **NET PAY** | **1482.63** | **43820.95** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 70.00 | 22.5000 | 1575.00 | 1870.00 | 41415.00 |
| Overtime | 14.00 | 33.7500 | 472.50 | 808.00 | 26820.02 |
| Holiday | 16.00 | 22.5000 | 360.00 | 48.00 | 1068.00 |
| Vacation | | | | 40.00 | 884.00 |
| Total Hours | 100.00 | | | 2766.00 | |
| **Gross Earnings** | | | **2407.50** | | **70187.02** |
| Total Hrs Worked | 84.00 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Per Diem | | | | | 70.00 |
| **REIMB & OTHER PAYMENTS** | | | | | **70.00** |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 149.27 | 4351.60 |
| Medicare | | 34.91 | 1017.71 |
| Fed Income Tax | MWS 0 | 332.71 | 10719.24 |
| PA Income Tax | | 73.91 | 2154.73 |
| PA Unemploy | | 1.44 | 42.13 |
| PA LRAYN-Ind LS | | 2.00 | 48.00 |
| PA RAYNE-Ind In | | 32.50 | 947.54 |
| **TOTAL** | | **626.74** | **19280.95** |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Hospitalization | 298.13 | 7155.12 |
| **TOTAL** | **298.13** | **7155.12** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1482.63 | 43820.95 |

Payrolls by Paychex, Inc.

0940 1410-0408 Penn Mechanical Group Inc • 975 Potts Road • Home PA 15747 • (724) 403-3440

PENN MECHANICAL
975 Potts Road
Home PA  15747

ORG1:1 Administrative
ORG2:3 Maintenance
EE ID: 99    DD

MATTHEW H LANGHAM
126 MAIN STREET P O BOX 81
PLUMVILLE PA  16246

**NON-NEGOTIABLE**

**NON-NEGOTIABLE**

### PERSONAL AND CHECK INFORMATION
Matthew H Langham
126 Main Street P O Box 81
Plumville, PA  16246
Soc Sec #: xxx-xx-xxxx    Employee ID: 99

Home Department: 3 Maintenance/ 1 Administrative

Pay Period:  10/31/21 to 11/13/21
Check Date:  11/19/21    Check #: 56945

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 491 | 1716.06 | 42338.32 |
| NET PAY | 1716.06 | 42338.32 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 80.00 | 22.5000 | 1800.00 | 1800.00 | 39840.00 |
| Overtime | 28.50 | 33.7500 | 961.88 | 794.00 | 26347.52 |
| Holiday | | | | 32.00 | 708.00 |
| Vacation | | | | 40.00 | 884.00 |
| Total Hours | 108.50 | | | 2666.00 | |
| Gross Earnings | | | 2761.88 | | 67779.52 |
| Total Hrs Worked | 108.50 | | | | |

Per Diem                                                                        70.00
**REIMB & OTHER PAYMENTS**                                                       70.00

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 171.24 | 4202.33 |
| Medicare | | 40.04 | 982.80 |
| Fed Income Tax | MWS 0 | 410.67 | 10386.53 |
| PA Income Tax | | 84.79 | 2080.82 |
| PA Unemploy | | 1.66 | 40.69 |
| PA LRAYN-Ind LS | | 2.00 | 46.00 |
| PA RAYNE-Ind In | | 37.29 | 915.04 |
| TOTAL | | 747.69 | 18654.21 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Hospitalization | 298.13 | 6856.99 |
| TOTAL | 298.13 | 6856.99 |

### NET PAY

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1716.06 | 42338.32 |

Payrolls by Paychex, Inc.

0940 1410-0408  Penn Mechanical Group Inc • 975 Potts Road • Home PA  15747 • (724) 403-3440

10170

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Matthew H Langham, Po Box 81, 126 Main St, Plumville, PA 16246 | | | | | ***-**-9189 |
| | | | | | Pay Period: 01/02/2022 - 01/08/2022 |
| | | | | | Pay Date: 01/10/2022 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 10.00 | 16.00 | 160.00 | 160.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Local Tax Withholding | -2.16 | -2.16 |
| LST Tax | -1.00 | -1.00 |
| Federal Withholding | 0.00 | |
| Social Security Employee | -9.92 | -9.92 |
| Medicare Employee | -2.32 | -2.32 |
| PA - Withholding | -4.91 | -4.91 |
| PA - Unemployment Employee | -0.10 | -0.10 |
| | -20.41 | -20.41 |

| Net Pay | 139.59 | 139.59 |
|---|---|---|

Risinger's, LLC, 501 Indian Springs Rd, Indiana, PA 15701

Powered by Intuit Payroll

## Topfuel Energy Services, L.L.C.

005365

**Employee**
MATTHEW H LANGHAM, 126 MAIN ST, P.O. BOX 81, PLUMVILLE, PA 16246

**SSN**
***-**-9189

Pay Period: 12/19/2021 - 12/25/2021
Pay Date: 01/10/2022

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| WBL | 3.00 | 101.36 | 304.08 | 946.40 |
| WBL | 1.00 | 118.44 | 118.44 | 99.34 |
| Salary | | | 0.00 | |
| | 4.00 | | 422.52 | 1,045.74 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local W/H - Indiana County | -5.70 | -14.11 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -37.00 | -98.00 |
| Social Security Employee | -26.20 | -64.84 |
| Medicare Employee | -6.12 | -15.16 |
| PA - Withholding | -12.97 | -32.10 |
| PA - Unemployment Employee | -0.26 | -0.63 |
| | -88.25 | -224.84 |

| Net Pay | 334.27 | 820.90 |
|---|---|---|

Powered by Intuit Payroll

TOPFUEL ENERGY SERVICES LLC, 4952 ADMIRAL PEARY HWY., STE 1, EBENSBURG, PA 15931

10105

**Employee**
Matthew H Langham, Po Box 81, 126 Main St, Plumville, PA 16246

**SSN**
***-**-9189

**Pay Period:** 12/12/2021 - 12/18/2021
**Pay Date:** 12/20/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 8.00 | 16.00 | 128.00 | 6,756.00 |
| Hauling Percentage | | | 0.00 | 125.28 |
| | 8.00 | | 128.00 | 6,881.28 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Local Tax Withholding | -1.73 | -84.35 |
| LST Tax | -1.00 | -42.00 |
| Federal Withholding | 0.00 | |
| Social Security Employee | -7.94 | -426.64 |
| Medicare Employee | -1.86 | -99.78 |
| PA - Withholding | -3.93 | -211.31 |
| PA - Unemployment Employee | -0.08 | -4.13 |
| | -16.54 | -868.21 |

| Net Pay | 111.46 | 6,013.07 |
|---|---|---|

Risinger's, LLC, 501 Indian Springs Rd, Indiana, PA 15701

Powered by **Intuit Payroll**

## Topfuel Energy Services, L.L.C.

005363

Powered by Intuit Payroll

| Employee | | | | | |
|---|---|---|---|---|---|
| MATTHEW H LANGHAM, 126 MAIN ST, P.O. BOX 81, PLUMVILLE, PA 16246 | | | | | |
| SSN: ***-**-9189 | | | | | |
| Pay Period: 12/12/2021 - 12/18/2021 | | | | | |
| Pay Date: 01/03/2022 | | | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 1:00 | | 99.34 | 99.34 |
| WBL | 4.00 | 101.36 | 405.44 | |
| WBL | 1.00 | 118.44 | 118.44 | 523.88 |
| | 1:00 | | 623.22 | 623.22 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local W/H - Indiana County | -8.41 | -8.41 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -61.00 | -61.00 |
| Social Security Employee | -38.64 | -38.64 |
| Medicare Employee | -9.04 | -9.04 |
| PA - Withholding | -19.13 | -19.13 |
| PA - Unemployment Employee | -0.37 | -0.37 |
| | -136.59 | -136.59 |

| Net Pay | 486.63 | 486.63 |
|---|---|---|

TOPFUEL ENERGY SERVICES LLC, 4952 ADMIRAL PEARY HWY, STE 1, EBENSBURG, PA 15931