**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Number: 22-70020-JAD |
| | : | |
| Matthew H. Langham and | : | Chapter 13 |
| Terri Langham, | : | |
| Debtors | : | |

**CERTIFICATE OF SERVICE**

I, Lawrence Willis, Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated **February 17, 2023,** together with the above debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage Paid on the parties below:

**Penn Mechanical Group**
**975 Potts Road**
**Home, PA 15747**
**Attn: Payroll Manager**

**Matthew H. Langham**
**PO Box 81**
**Plumville, PA 16246**

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: February 18, 2023

/s/ Lawrence W Willis, Esquire
Lawrence W. Willis
PA ID 85299
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-235-1721
Email: ecf@urfreshstrt.com