UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Terri R Langham  
PO BOX 81  
Plumville, PA 16246

CHAPTER: 13  
CASE NUMBER: 22-70020  
CLAIM AMOUNT: $640.83

Debtors.

_____

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 3/16/2022, in the amount of $640.83.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 16th day of April, 2024.

Jefferson Capital Systems LLC

By: /s/ Rhonda Pratt  
Rhonda Pratt   Bankruptcy Specialist

Jefferson Capital Systems, LLC  
200 14th Avenue E  
Sartell, MN 56377  
(800) 928-7314

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

|  |  |
|---|---|
| Debtor: | Terri R  Langham<br>PO BOX 81<br>Plumville, PA 16246 |
| Debtor's Attorney: | Lawrence  Willis<br>201 Penn Center Blvd<br>Pittsburgh, PA 15235 |
| Chapter 13 Trustee: | RONDA J WINNECOUR |

by submitting electronically with the court.

This 16th day of April, 2024.

Jefferson Capital Systems LLC

By: /s/ Rhonda Pratt_____
Rhonda Pratt   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314