UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Matthew H  Langham                          CHAPTER: 13
PO BOX 81                                   CASE NUMBER: 22-70020
Plumville, PA 16246                         CLAIM AMOUNT: $1015.43


Debtors.

_____


### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM


COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006,

F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 3/16/2022, in the amount of $1015.43.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13

Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter

13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 16th day of April, 2024.


Jefferson Capital Systems LLC

By: /s/ Rhonda Pratt_____
Rhonda Pratt   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

## CERTIFICATE OF SERVICE

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Matthew H  Langham<br>PO BOX 81<br>Plumville, PA 16246 |
| Debtor's Attorney: | Lawrence  Willis<br>201 Penn Center Blvd<br>Pittsburgh, PA 15235 |
| Chapter 13 Trustee: | Ronda  Winnecour<br>600 Grant St<br>Pittsburgh, PA 15219-2712 |

by submitting electronically with the court.

This 16th day of April, 2024.


Jefferson Capital Systems LLC


By: /s/ Rhonda Pratt_____
Rhonda Pratt   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314