**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/17/2024

IN RE:

| | |
|---|---|
| MATTHEW H LANGHAM<br>TERRI LANGHAM<br>PO BOX 81<br>PLUMVILLE,  PA  16246<br>XXX-XX-9189          Debtor(s)<br><br>XXX-XX-3735 | Case No.22-70020 JAD<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

   NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

   This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

   This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

   The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/17/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: AEO/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 7955 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: ONE MAIN FNCL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AARONS INC(*)**<br>ATTN PAYMENT PROCESSING<br>PO BOX 102746<br><br>ATLANTA, GA 30368 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 3,400.00<br>COMMENT: LEASE TO OWN~ALSO LISTED/SCH G*TTL=340x10 REM MOS/PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9189 |
| **LENDMARK FINANCIAL SERVICES LLC**<br>2118 USHER ST<br><br>COVINGTON, GA 30014 | Trustee Claim Number: 4   INT %: 4.00%<br>Court Claim Number: 6<br><br>CLAIM: 3,162.67<br>COMMENT: $/CL-PL@4%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2771 |
| **ONE MAIN FINANCIAL GROUP LLC(*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 5   INT %: 4.00%<br>Court Claim Number: 3<br><br>CLAIM: 4,907.98<br>COMMENT: $/CL-PL@4%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8034 |
| **ONE MAIN FINANCIAL GROUP LLC**<br>C/O SELECT PORTFOLIO SERVICING INC<br>ATTN REMITTANCE PROCESSING<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number: 6   INT %: 12.23%<br>Court Claim Number: 11<br><br>CLAIM: 16,587.82<br>COMMENT: $CL11GOV@12.23%*PMTS/CONF*16656@0%/PL@SPS*W/30 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 8044 |
| **CAINE & WEINER**<br>5805 SEPULVEDA BLVD<br><br>SHERMAN OAKS, CA 91411 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$~PROGRESSIVE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1174 |
| **CHASE AUTO FINANCE(*)**<br>PO BOX 901032<br><br>FT WORTH, TX 76101-2032 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$~DSPTD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0084 |
| **CREDIT MANAGEMENT COMPANY**<br>FOSTER PLAZA BUILDING 7<br>661 ANDERSEN DR STE 110<br><br>PITTSBURGH, PA 15220 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CITIZENS AMBULANCE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6798 |
| **FINANCE SYSTEM**<br>5703 NATIONAL RD EAST<br><br>RICHMOND, IN 47374 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$~INDIANA RGNL IMGNG/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3499 |

| Creditor | Trustee Claim / Court Claim | CRED DESC / Account | Claim / Comment |
|---|---|---|---|
| **FINGERHUT**<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD, MN 56303 | Trustee Claim Number: 11 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9055 | CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH |
| **HOLIDAY FINANCIAL SERVICE**<br>2340 WARREN RD 205<br>INDIANA, PA 15701 | Trustee Claim Number: 12 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5802 | CLAIM: 0.00<br>COMMENT: |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 13 INT %: 0.00%<br>Court Claim Number: 9 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5939 | CLAIM: 0.00<br>COMMENT: 3003~NO$~DISPUTED~PLATINUM MC/SCH*BLUESTEM/FINGERHUT*STALE CL 1015 |
| **KEYBRIDGE MEDICAL REVENUE CARE**<br>PO BOX 1568<br>LIMA, OH 45802 | Trustee Claim Number: 14 INT %: 0.00%<br>Court Claim Number: 4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1313 | CLAIM: 1,408.21<br>COMMENT: 7679/SCH*INDIANA REGIONAL MEDICAL CENTER |
| **KEYBRIDGE MEDICAL REVENUE CARE**<br>2348 BATON ROUGE<br>LIMA, OH 45805 | Trustee Claim Number: 15 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9911 | CLAIM: 0.00<br>COMMENT: INDIANA RGNL MDCL/SCH |
| **KEYBRIDGE MEDICAL REVENUE CARE**<br>2348 BATON ROUGE<br>LIMA, OH 45805 | Trustee Claim Number: 16 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7445 | CLAIM: 0.00<br>COMMENT: INDIANA RGNL MDCL/SCH |
| **KEYBRIDGE MEDICAL REVENUE CARE**<br>2348 BATON ROUGE<br>LIMA, OH 45805 | Trustee Claim Number: 17 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7777 | CLAIM: 0.00<br>COMMENT: INDIANA RGNL MDCL/SCH |
| **KEYBRIDGE MEDICAL REVENUE CARE**<br>2348 BATON ROUGE<br>LIMA, OH 45805 | Trustee Claim Number: 18 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7706 | CLAIM: 0.00<br>COMMENT: INDIANA RGNL MDCL/SCH |
| **KEYBRIDGE MEDICAL REVENUE CARE**<br>2348 BATON ROUGE<br>LIMA, OH 45805 | Trustee Claim Number: 19 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6996 | CLAIM: 0.00<br>COMMENT: INDIANA RGNL MDCL/SCH |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 20 INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5885 | CLAIM: 396.44<br>COMMENT: 5855~NO$~DISPUTED/SCH*SHERMAN/CREDIT ONE*STALE |

| Creditor | Claim Info | Description |
|---|---|---|
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SYNC BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0846 |
| **NORTHWEST BANK ASSGNEE NORTHWEST CD**<br>PO BOX 337<br><br>WARREN, PA 16365 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 927.94<br>COMMENT: NO$~DISPUTED/SCH*CHARGED OFF 2/15/22 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5633 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2990 |
| **INDIANA REGIONAL MEDICAL CNTR**<br>835 HOSPITAL RD<br>POB 788<br>INDIANA, PA 15701 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 853.29<br>COMMENT: INDIANA ANESTHESIA*NO POD | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 8117 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 204.42<br>COMMENT: 9189/7558*$/CL-PL*NO PRI/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9189 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 9.85<br>COMMENT: 9189/7558*NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9189 |
| **PENDRICK CAPITAL PARTNERS LLC**<br>C/O PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 498.75<br>COMMENT: NT/SCH*AHN EMERGENCY GROUP OF INDIANA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9296 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: NT/SCH*BLUESTEM/FINGERHUT*STALE CL 640.83 W/D*DOC 63 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5906 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 1,043.88<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **ONE MAIN FINANCIAL GROUP LLC**<br>C/O SELECT PORTFOLIO SERVICING INC<br>ATTN REMITTANCE PROCESSING<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 0.00<br>COMMENT: PMT/CONF*31.34/PL*DKT4PMT-LMT*W/6 | CRED DESC: Post Petition Escrow<br>ACCOUNT NO.: 8044 |