UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  MATTHEW H LANGHAM<br>TERRI LANGHAM<br>         Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>         Movant<br>         vs.<br>  MATTHEW H LANGHAM<br>TERRI LANGHAM<br><br>         Respondents | Case No.22-70020-JAD<br><br><br>Chapter 13<br><br><br> Related to<br>Document No._____69_____ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

   AND NOW, this ___16th___ day of _January_ , 20_25_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Penn Mechanical Group Inc
Attn: Payroll Manager
975 Potts Rd
Home,PA 15747

is hereby ordered to immediately terminate the attachment of the wages of MATTHEW H LANGHAM, social security number XXX-XX-9189. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MATTHEW H LANGHAM.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
1/16/25 9:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 22-70020-JAD

Matthew H Langham  Chapter 13

Terri Langham

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 2

Date Rcvd: Jan 16, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew H Langham, Terri Langham, PO Box 81, Plumville, PA 16246-0081 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor OneMain Financial Group LLC dcarlon@kmllawgroup.com |
| Lawrence Willis | on behalf of Joint Debtor Terri Langham ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | on behalf of Debtor Matthew H Langham ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7 User: auto Page 2 of 2
Date Rcvd: Jan 16, 2025 Form ID: pdf900 Total Noticed: 1
TOTAL: 5