LOCAL BANKRUPTCY FORM NO. 24

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | MATTHEW H LANGHAM,<br>TERRI LANGHAM | : <br> : | Chapter 13 |
| | Movant | : <br> : | Bankruptcy No. 22-70020 JAD |
| | Lawrence Willis, Esquire /<br>Willis & Associates, | : <br> : | Docket No. |
| | Applicant | : <br> : | Hearing Date and Time: |
| | vs. | : <br> : | March 25, 2025, at 10:00 AM |
| | Ronda J. Winnecour, Esquire,<br>Chapter 13 Trustee, | : <br> : | |
| | Respondent | : | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF LAWRENCE W WILLIS, ESQUIRE**

To All Creditors and Parties in Interest:

1. Applicant represents **MATTHEW H LANGHAM TERRI LANGHAM.**
2. This is (check one)
        _X_ a final application
        ____ an interim application
   for the period January 21, 2022 to February 26, 2025
3. Previous retainer paid to Applicant: $1,000.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $5,000.00.
5. Applicant requests additional:
   Compensation of $2,000.00.
   Reimbursement of Expenses of $ N/A .
6. A "hybrid" hearing will be held on **March 25, 2025 at 10:00 A.M.** before Judge Jeffery A. Deller. A "hybrid" hearing is one which any counsel and/or litigant may choose to attend in-person or remotely utilizing the Zoom Video Conference Platform ("Zoom"). Counsel or litigants desiring to appear in-person should appear in front of Judge Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219 at the date and time stated above. Counsel or litigants appearing remotely shall initiate and use the following Zoom link at least ten (10) minutes prior to the above scheduled "hybrid" hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants appearing remotely via Zoom or otherwise must comply with the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After November 1, 2023 ("Judge Deller's Zoom Procedures"), which can be found on the Court's website at https://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternate arrangements if they

desire to participate remotely. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing. All persons are also reminded that participating remotely at a "hybrid" hearing is a courtesy provided by the Court and may be rescinded at any time. All persons are also reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

7. You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than **March 17, 2025**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Judge as found on his procedures web page at www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, than Order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default Order was signed or if the hearing will go forward as scheduled

Date of Service: February 26, 2025

Attorney for Movant/Applicant:

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@westernpabankruptcy.com
Attorney for Debtors