**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Matthew H. Langham and | : | Chapter 13 |
| Terri Langham, | : | |
| Movant | : | Bankruptcy No. 22-70020-JAD |
| _____ | : | |
| Lawrence Willis, Esquire / | : | |
| Willis & Associates, | : | Related to Docket No. 73 |
| Applicant | : | |
| | : | Hearing Date and Time: |
| vs. | : | March 25, 2025 at 10:00 AM |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION FOR**
**COMPENSATION**
**FILED AT DOCKET NO. 73**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on February 26, 2025, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 17, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: March 18, 2025

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors