### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF ENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | **MATTHEW H LANGHAM,** | : | **Chapter 13** |
| | **TERRI LANGHAM** | : | |
| | **Movant** | : | **Bankruptcy No. 22-70020 JAD** |
| | | : | |
| | **Lawrence Willis, Esquire /** | : | Related to |
| | **Willis & Associates,** | : | Docket No.   73 |
| | **Applicant** | : | |
| | | : | **Hearing Date and Time:** |
| | **vs.** | : | **March 25, 2025, at 10:00 AM** |
| | | : | |
| | **Ronda J. Winnecour, Esquire,** | : | |
| | **Chapter 13 Trustee,** | : | |
| | | | |
| | **Respondent** | : | |
| | _____x | | |

### ORDER

**AND NOW**, this ___21st___ day of ___March_____, 2025, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED and DECREED that the Application in its face amount of $2,000.00 for Additional Compensation for services rendered by Lawrence W Willis, Esquire as Attorney for the Debtor is allowed, and the additional sum of $2.000.00 is to be paid to Lawrence W Willis / Willis & Associates as the remainder of the Attorney's Fees.

IT IS FURTHER ORDERED the Clerk shall record the total award of compensation in the amount of $7,000.00.

Additional fees may be paid through the Chapter 13 Plan provided that the Debtor amends the plan within twenty-one (21) days after the application for fees is allowed to increase the plan payment sufficiently to include those fees, if not already provided for. The fees must be paid from the Debtor's resources without decreasing the percentage or amount to be paid to other creditors through the plan.

BY THE COURT:

Hon. Jeffery A. Deller  sjk
United States Bankruptcy Judge

FILED
3/21/25 8:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 22-70020-JAD

Matthew H Langham                                                                      Chapter 13

Terri Langham

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Matthew H Langham, Terri Langham, PO Box 81, Plumville, PA 16246-0081 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2025                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor OneMain Financial Group  LLC dcarlon@kmllawgroup.com |
| Lawrence Willis | |
| | on behalf of Joint Debtor Terri Langham ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | |
| | on behalf of Debtor Matthew H Langham ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7                          User: auto                                    Page 2 of 2
Date Rcvd: Mar 21, 2025                       Form ID: pdf900                          Total Noticed: 1
TOTAL: 5