**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MATTHEW H LANGHAM<br>TERRI LANGHAM<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:22-70020 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

April 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/21/2022 and confirmed on 3/21/22. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 48,595.00 |
| Less Refunds to Debtor | 2,620.48 | |
| TOTAL AMOUNT OF PLAN FUND | | 45,974.52 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,000.00 | |
|   Trustee Fee | 2,530.81 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,530.81 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   AARONS INC(*) | 3,400.00 | 3,400.00 | 0.00 | 3,400.00 |
|     Acct: 9189 | | | | |
|   LENDMARK FINANCIAL SERVICES LLC | 3,162.67 | 3,162.67 | 209.51 | 3,372.18 |
|     Acct: 2771 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC(*) | 4,855.42 | 4,855.42 | 326.72 | 5,182.14 |
|     Acct: 8034 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC | 16,587.82 | 16,587.82 | 2,946.59 | 19,534.41 |
|     Acct: 8044 | | | | |
| | | | | 31,488.73 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW H LANGHAM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW H LANGHAM | 2,620.48 | 2,620.48 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX6/25 | | | | |
|   PA DEPARTMENT OF REVENUE* | 204.42 | 204.42 | 0.00 | 204.42 |
|     Acct: 9189 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC | 0.00 | 1,008.64 | 0.00 | 1,008.64 |
|     Acct: 8044 | | | | |
| | | | | 1,213.06 |
| **Unsecured** | | | | |
|   CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1174 | | | | |
|   CHASE AUTO FINANCE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0084 | | | | |
|   CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6798 | | | | |
|   FINANCE SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3499 | | | | |
|   FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9055 | | | | |
|   HOLIDAY FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5802 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5939 | | | | |
|   KEYBRIDGE MEDICAL REVENUE CARE | 1,408.21 | 1,408.21 | 0.00 | 1,408.21 |
| Acct: 1313 | | | | |
|   KEYBRIDGE MEDICAL REVENUE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9911 | | | | |
|   KEYBRIDGE MEDICAL REVENUE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7445 | | | | |
|   KEYBRIDGE MEDICAL REVENUE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7777 | | | | |
|   KEYBRIDGE MEDICAL REVENUE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7706 | | | | |
|   KEYBRIDGE MEDICAL REVENUE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6996 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5885 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0846 | | | | |
|   NORTHWEST BANK ASSGNEE NORTHWE | 927.94 | 927.94 | 0.00 | 927.94 |
| Acct: 5633 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2990 | | | | |
|   PA DEPARTMENT OF REVENUE* | 9.85 | 9.85 | 0.00 | 9.85 |
| Acct: 9189 | | | | |
|   PENDRICK CAPITAL PARTNERS LLC | 498.75 | 498.75 | 0.00 | 498.75 |
| Acct: 9296 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5906 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 1,043.88 | 1,043.88 | 0.00 | 1,043.88 |
| Acct: 0001 | | | | |
|   INDIANA REGIONAL MEDICAL CNTR | 853.29 | 853.29 | 0.00 | 853.29 |
| Acct: 8117 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7955 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,741.92 |

TOTAL PAID TO CREDITORS                                                                                     37,443.71

| | |
|---|---:|
| TOTAL CLAIMED | |
| PRIORITY | 204.42 |
| SECURED | 28,005.91 |
| UNSECURED | 4,741.92 |

Date: 04/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  MATTHEW H LANGHAM
  TERRI LANGHAM
        Debtor(s)

Ronda J. Winnecour
        Movant
           vs.
No Repondents.

Case No.:22-70020 JAD

Chapter 13

Document No.:

ORDER OF COURT

　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 22-70020-JAD

Matthew H Langham     Chapter 13

Terri Langham

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: auto    Page 1 of 3
Date Rcvd: Apr 28, 2025    Form ID: pdf900    Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew H Langham, Terri Langham, PO Box 81, Plumville, PA 16246-0081 |
| 15454411 | + | Indiana Regional Medical Center, 835 Hospital Rd, Indiana, PA 15701-3629 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 29 2025 01:42:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2025 01:55:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15454401 | + | Email/Text: bankruptcynotices@aarons.com | Apr 29 2025 01:42:00 | Aaron's Sales & Lease, 2020 Shelly Drive, Indiana, PA 15701-2388 |
| 15447945 | + | Email/Text: bankruptcynotices@aarons.com | Apr 29 2025 01:42:00 | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |
| 15447946 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 29 2025 01:41:41 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15454404 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2025 01:55:23 | Capital One, 1500 Capital One Drive, Richmond, VA 23238 |
| 15447947 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 29 2025 01:56:40 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 15447948 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 29 2025 01:42:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15454407 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 29 2025 01:57:53 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15447949 | + | Email/Text: info@financesysteminc.com | Apr 29 2025 01:41:00 | Finance System, Inc., Attn: Bankruptcy, 5703 National Road East, Richmond, IN 47374-2619 |
| 15447950 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 29 2025 01:42:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15463738 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 29 2025 01:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15447952 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 29 2025 01:42:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, |

Case 22-70020-JAD    Doc 81    Filed 04/30/25    Entered 05/01/25 00:31:06    Desc Imaged
                    Certificate of Notice    Page 7 of 8

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15447953 | + | Email/Text: bankruptcynotices@keybridgemed.com | Apr 29 2025 01:42:00 | KeyBridge Medical Revenue, Attn: Bankruptcy, 2348 Baton Rouge Ave, Lima, OH 45805-1167 |
| 15454697 | + | Email/Text: bankruptcynotices@keybridgemed.com | Apr 29 2025 01:42:00 | KeyBridge Medical Revenue Care, PO Box 1568, Lima, OH 45802-1568 |
| 15447954 | | Email/Text: bk@lendmarkfinancial.com | Apr 29 2025 01:40:00 | Lendmark Financial Service, 1735 North Brown Road, Suite 300, Lawenceville, GA 60043 |
| 15459091 | | Email/Text: bk@lendmarkfinancial.com | Apr 29 2025 01:40:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 15449369 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2025 01:44:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15454415 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2025 01:43:41 | Lvnv Funding Llc, C/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15447955 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 29 2025 01:42:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15447956 | + | Email/Text: angela.abreu@northwest.com | Apr 29 2025 01:40:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15447957 | + | Email/PDF: cbp@omf.com | Apr 29 2025 01:57:40 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15469730 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 29 2025 01:43:00 | OneMain Financial Group, LLC, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15461187 | | Email/Text: perituspendrick@peritusservices.com | Apr 29 2025 01:40:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15447958 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2025 01:44:15 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15453848 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 29 2025 01:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15454420 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Apr 29 2025 01:41:00 | Progressive Insurance, 6300 Wilson Mills Rd, Cleveland, OH 44143-2182 |
| 15454422 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:56:04 | SYNCB, C/O P O BOX 965015, Orlando, FL 32896-0001 |
| 15447959 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 29 2025 01:43:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15448043 | ^ | MEBN | Apr 29 2025 01:35:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15447960 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 29 2025 01:42:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15464772 | | Email/PDF: ebn_ais@aisinfo.com | Apr 29 2025 01:44:07 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OneMain Financial Group, LLC |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 22-70020-JAD    Doc 81    Filed 04/30/25    Entered 05/01/25 00:31:06    Desc Imaged
Certificate of Notice    Page 8 of 8

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: pdf900 | Total Noticed: 34 |

| | | |
|---|---|---|
| 15454402 | *+ | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |
| 15454403 | *+ | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15454405 | *+ | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 15454406 | *+ | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15454408 | *+ | Finance System, Inc., Attn: Bankruptcy, 5703 National Road East, Richmond, IN 47374-2619 |
| 15454409 | *+ | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15454410 | *+ | Holiday Financial Serv, 2340 Warren Rd Ste 205, Indiana, PA 15701-2413 |
| 15575877 | *+ | Indiana Regional Medical Center, 835 Hospital Road, Indiana, PA 15701-3629 |
| 15454412 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15454413 | *+ | KeyBridge Medical Revenue, Attn: Bankruptcy, 2348 Baton Rouge Ave, Lima, OH 45805-1167 |
| 15454414 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Service, 1735 North Brown Road, Suite 300, Lawenceville, GA 60043 |
| 15454416 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15454417 | *+ | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15454418 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15454419 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15454421 | *+ | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15454423 | *+ | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15447951 | ##+ | Holiday Financial Serv, 2340 Warren Rd Ste 205, Indiana, PA 15701-2413 |

TOTAL: 1 Undeliverable, 18 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2025            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor OneMain Financial Group LLC dcarlon@kmllawgroup.com |
| Lawrence Willis | on behalf of Joint Debtor Terri Langham ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | on behalf of Debtor Matthew H Langham ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5